UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
SEP - 3 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V. INDICTMENT NO. 5:26.CR.103.REW.MAS
18 U.S.C. § 922(o)

GABRIELLE JIMENEZ PASTOR

* * * * *

**THE GRAND JURY CHARGES:**

On or about June 22, 2026, in Montgomery County, in the Eastern District of Kentucky, and elsewhere,

**GABRIELLE JIMENEZ PASTOR**

did knowingly possess a machinegun, that is, a Glock, Model 23 GEN 4, .40 caliber firearm bearing serial number AECK986, with a machinegun conversion device attached, knowing the essential characteristics of the firearm which made it a "machinegun" as defined by 18 U.S.C. § 921(a), in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 924(d)
## 28 U.S.C. § 2461

1. By virtue of the commission of the offense alleged in this Indictment, **GABRIELLE JIMENEZ PASTOR,** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922(o). Any and all interest that **GABRIELLE JIMENEZ PASTOR** has in this property

is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

**<u>FIREARM AND AMMUNITION</u>:**

a. Glock, Model 23 GEN 4, .40 caliber firearm bearing serial number AECK986;
b. Glock-type machinegun conversion device attached to the above-described firearm; and
c. Associated ammunition.

**A TRUE BILL**

[redacted]

**FOREPERSON**

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**RON L. WALKER JR.**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

Not more than 10 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Forfeiture.

**PLUS:** Restitution, if applicable.